

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00044-CR


DESEAN LAVERNE MCPHERSON, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 27362


Before Morriss, C.J., Stevens and van Cleef, JJ.

# O R D E R

Desean Laverne McPherson has filed a motion to transfer the reporter's record from the direct appeal of his conviction of tampering with or fabricating physical evidence in cause number 06-18-00218-CR, styled, *Desean Laverne McPherson v. The State of Texas*, to the present case in which the trial court has granted McPherson an out-of-time appeal after this Court reversed the trial court's order denying the relief requested by McPherson in his application for a writ of habeas corpus.

Because McPherson is entitled to a complete record in the present appeal, we grant his request and direct the clerk of this court to file the reporter's record from cause number 06-18-00218-CR, styled, *Desean Laverne McPherson v. The State of Texas*, in the present case.

IT IS SO ORDERED.

BY THE COURT

Date:   May 18, 2022

2